AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN                         District of                    CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V. | |
| BERONICA MENDOZA-MEZA | |
| Defendant (s), | CASE NUMBER: 20-CR-03838-DMS |

Notice is hereby given that, subject to approval by the court, BERONICA MENDOZA-MEZA substitutes
(Party (s) Name)

MARK A. CANTRELL , State Bar No. 162233 as counsel of record in
(Name of New Attorney)

place of ROBERT BROWNLEE .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Office of Mark Cantrell
Address: PO Box 1608, Riverside CA 92502
Telephone: (951) 784-3200        Facsimile (951) 784-7422
E-Mail (Optional): AttorneyCantrell@gmail.com

I consent to the above substitution.
Date: 1-8-2021
(Signature of Party (s))

I consent to being substituted.
Date: 1-8-2021
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1-8-2021
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 12, 2021
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]